```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA           )
                                   )
          v.                       )  Cr. No. 11-10310-MLW
                                   )
STEVEN SOTO, PEDRO SOTO, and       )
CARMEN SOTO,                       )
     Defendants                    )
```

ORDER

WOLF, D.J.                                      January 14, 2013

For the reasons stated at the hearings on January 9 and January 14, 2013, it is hereby ORDERED that:

1. Defendant Carmen Soto's Motion to Transfer Docket Including Any and All Motions, Oppositions, Orders, Clerk's Minutes and Electronic Entries and For Further Hearings Pursuant to U.S. v. D'Andrea, 648 F.3d 1 (1st Cir. 2011) (Docket No. 32) is DENIED.

2. Defendant Steven Soto's Motion to Suppress Out of Court Identifications (Docket No. 36) is DENIED.

3. Defendants' Joint Motion to Suppress Evidence and Incorporated Memorandum of Law (Docket No. 52) is DENIED.

4. Defendants' Joint Motion to Suppress (Docket No. 70) is DENIED.

5. The following motions are MOOT:

(a) Assented-To Motion for Extension of Time – Until May 30, 2012 – To File Government's Opposition to Motion to Suppress (Docket No. 37);

(b) Assented-To Motion for Second Extension of Time – Until June 8, 2012 – To File Government's Opposition to Motion to

Suppress (Docket No. 38);

(c) Assented-To Motion for Leave to File Government's Supplemental Opposition to Defendant Steven Soto's Motion to Suppress Identifications (Docket No. 58);

(d) Defendant Steven Soto's Assented-To Motion to Keep Defendant Out of Sight of Any Potential Identifying Witness During Motion to Suppress Identification Hearing (Docket No. 61); and

(e) Defendant Pedro Soto's Assented-To Motion to Keep Defendant Out of Sight of Any Potential Identifying Witness During Motion to Suppress Identification Hearing (Docket No. 65).

                                             /s/ Mark L. Wolf
                                      UNITED STATES DISTRICT JUDGE